IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| DANNY LEE SMITH, #111978, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO.  1:05-cv-343-F |
| | ) |
| GWENDOLYN MOSLEY, *et al.,* | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's objection (Doc. #10 to the Recommendation of the Magistrate Judge (Doc. #4) filed on May 18, 2005 is overruled;

(2) The Recommendation of the Magistrate Judge entered on April 19, 2005 is adopted;

(3) That the application for habeas corpus relief is DISMISSED as this court is without jurisdiction to review the instant petition.

DONE this 27th day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE